IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 23-1711 T
(Judge Armando O. Bonilla)

DAVID NICHOLAS BOWEN,
PATRICIA LYNN MULDONIAN,

                                        Plaintiffs,

v.

THE UNITED STATES,

                                        Defendant.

## NOTICE OF APPEARANCE

Please enter the appearance of Tanner Stromsnes, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

    Tanner Stromsnes, Esquire
    U.S. Department of Justice
    Tax Division
    Court of Federal Claims Section
    Post Office Box 26
    Ben Franklin Station
    Washington, DC 20044
    *Email: Tanner.Stromsnes@usdoj.gov*

Dated: October 6, 2023

                                  */s/ Tanner Stromsnes*
                                  TANNER STROMSNES
                                  Trial Attorney
                                  Justice Department (Tax)
                                  Tax Division, Court of Federal Claims Section
                                  Voice: (202) 307-6547
                                  Fax:   (202) 514-9440
                                  tanner.stromsnes@usdoj.gov

CERTIFICATE OF SERVICE

I certify that service of the foregoing Notice of Appearance has, this 6th day of October 2023, been made on plaintiffs, *pro se*, by mailing a copy thereof, in a postage prepaid envelope, to the following address:

> David Bowen
> Patricia Muldonian
> 10010 Summit Avenue
> Kensington, MD 20895

*[signature]*

U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, DC 20044
(202) 307-6440